IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 01-770 |
| JAMEEL EL-FAHEL (1)<br>RIMA FAHL (4) | : | |

## O R D E R

AND NOW, this 17th day of January 2024, upon consideration of the Government's Motion to Dismiss Indictment and Quash the Arrest Warrants, it is hereby **ORDERED** that Indictment No. 01-770, as it relates to Jameel El-Fahel and Rima Fahl, is **DISMISSED WITHOUT PREJUDICE**. It is further ordered that the warrants issued for the arrests of Jameel El-Fahel and Rima Fahl are hereby **QUASHED**.

BY THE COURT:

*/s/ John Milton Younge*

HONORABLE
*Judge, United States District Court*